UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1671 PA | | Date | September 25 2025 |
|---|---|---|---|---|
| Title | In re Patricia Elaine Anderson Hooper | | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    ORDER TO SHOW CAUSE

Appellant Patricia E. Anderson Hooper ("Appellant") filed a Notice of Appeal in the Bankruptcy Court on July 28, 2025, and with this Court on July 30, 2025 (Docket No. 1.)  At the time she filed her Notice of Appeal, Appellant filed a Statement of Issues on Appeal.[1/]  (Docket No. 3.)  However, the United States Bankruptcy Court issued a Notice of Appeal Deficiency for failure to include a filed stamped copy of the order, judgment or decree that is the subject of the appeal.  The Notice of Appeal Deficiency required the filing of an Amended Notice of Appeal that included the missing document within fourteen days.  (Docket No. 4.)  The United States District Court also issued a Notice of Deficiencies in Appeal from Bankruptcy Court, noting the absence of the file-stamped copy of the order, judgment or decree.  (Docket No. 5.)

On August 5, 2025, this Court issued a Notice Regarding Appeal from Bankruptcy Court. The Notice provides:

> Each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure.  As provided in said rules, within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:
>
> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts

---

[1/]    Although Appellant entitled this filing as "Statement of Issues on Appeal and Designation of Record," it does not contain information pertaining to the designation of record. (See Fed. R. Bankr. P. 8009.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1671 PA | Date | September 25 2025 |
|---|---|---|---|
| Title | In re Patricia Elaine Anderson Hooper | | |

> If the Appellee desires to designate further portions of the record, Appellee must file in the Bankruptcy Court within fourteen days after service of Appellant's designation a supplemental designation of record, supplemental statement of issues, and/or a notice regarding additional transcripts. . . .

(Docket No. 6.)  The Notice also warns the parties:  "The failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal."  (Id.)  The Court has reviewed the bankruptcy court docket, and it appears that Appellant has yet to file an Amended Notice of Appeal or the requisite notice regarding the ordering of transcripts and designation of record.

Accordingly, the Court hereby orders Appellant to show cause why this appeal should not be dismissed for failure to file an Amended Notice of Appeal or to comply with the Court's August 5, 2025 order.  Appellant shall file a response to this Order to Show Cause no later than October 10, 2025.  Failure to adequately respond to this order may, without further warning, result in the dismissal of this appeal or the imposition of other sanctions.  Appellee may, but is not required to, respond to this Order to Show Cause by no later than October 15, 2025.

IT IS SO ORDERED.