# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-1671 PA | Date | October 23, 2025 |
|---|---|---|---|
| Title | In re Patricia Elaine Anderson Hooper | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER TO SHOW CAUSE

    Before the Court is the response filed by Appellant Patricia E. Anderson Hooper ("Appellant") to the Court's September 25, 2025 Order to Show Cause ("OSC"). (Docket No. 11.) The OSC ordered that Appellant show cause regarding her failure to file an Amended Notice of Appeal as ordered by both the Bankruptcy Court and this Court, and to comply with the Court's August 5, 2025 Order requiring the timely filing of a designation of record, statement of issues and a notice regarding the ordering of transcripts. (Docket No. 10.) The issue with Appellant's original Notice of Appeal was her failure to include a filed stamped copy of the order that is the subject of the appeal. (Docket No. 4.)

    Appellant states in her response that she was not aware of the deficiency regarding her Notice of Appeal until she received the Court's OSC, and that she had filed the required documents. However, the Amended Notice of Appeal and Designation of Record that were attached to her response have not yet been filed in this case. The Court has reviewed the docket in Appellant's other pending appeal of a different Bankruptcy Court order (CV 25-2264 CV),[1/] and it appears that Appellant erroneously filed the documents relating to this appeal in the matter pending before Judge Valenzuela. (See CV 25-2264 CV, Docket Nos. 3-5.)

    Accordingly, the Court finds that Appellant's response is insufficient to discharge the OSC, and orders Appellant to file an Amended Notice of Appeal and Designation of Record by

---

[1/]    In this case, Appellant appeals the Bankruptcy Court's Order denying her Motion to Vacate the Order Granting Abandonment of Real Property and to Set Aside Sale. (Bankruptcy Court Case No. 24-12580 SC, Docket No. 162.) In the case pending before Judge Valenzuela, Appellant appeals the Bankruptcy Court's Order denying her Motion to Dismiss Chapter 7 Case. (Bankruptcy Court Case No. 24-12580 SC, Docket No. 183.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1671 PA | Date | October 23, 2025 |
|---|---|---|---|
| Title | In re Patricia Elaine Anderson Hooper | | |

no later than November 6, 2025.   The Court will deem the filing of an Amended Notice of Appeal, and Designation of Record in this case sufficient to discharge the OSC.

   IT IS SO ORDERED.