UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-1671 PA | Date | December 30, 2025 |
|---|---|---|---|
| Title | In re Patricia Anderson Hooper | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Daniel Torrez | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

    A Notice of Appeal was filed in this bankruptcy matter by Patricia Anderson Hooper ("Appellant") on July 30, 2025. (Docket No. 1.) Within fourteen (14) days after filing the notice of appeal, Appellant must file a statement of the issues on appeal and the notice re: ordering of the reporter's transcript or waiver thereof with the Clerk of the District Court. Bankruptcy Rule 8006.

    Within thirty (30) days after the filing of the statement, Appellant must file the reporter's transcripts, if required, with the Clerk of the District Court. Within fifteen (15) days of the filing of the transcript or the notice that a transcript is not needed, Appellant must file and serve the appeal brief and excerpts of record. Within fifteen (15) days after service of the Appellant's brief, the Appellee must file and serve the appellee brief. Bankruptcy Rule 8009(a)(2).

    Based on the Court's record, Appellant filed an Amended Statement of Issues on Appeal in the underlying bankruptcy case on October 9, 2025. (Docket No. 11.) Thus, Appellant was required to file the reporter's transcripts on or before November 10, 2025. On December 9, 2025, the Bankruptcy Court issued a deficiency notice notifying Appellant that the designated reporter's transcripts were not yet on file. (Docket No. 13.) As of today's date, it does not appear that Appellant has responded to the deficiency notice by filing the reporter's transcripts as required.

    Accordingly, Appellant is ordered to show cause, in writing, on or before January 9, 2026 why this appeal should not be dismissed for lack of prosecution. Failure to respond to this order may result in the imposition of sanctions, including dismissal of this appeal.

    IT IS SO ORDERED.